UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAUNA EBY,

    Plaintiff,	Case No. 3:22-cv-36

vs.

SYNCHRONY BANK, *et al.*,	District Judge Michael J. Newman
	Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT SYNCHRONY BANK AND (2) DISMISSING THIS CASE AS TO SYNCHRONY BANK**

---

This case is before the Court on Plaintiff's motion to voluntarily dismiss Defendant Synchrony Bank.  Doc. No. 11.  The Court hereby **GRANTS** the motion and **DISMISSES** this case as to Synchrony Bank.  Fed. R. Civ. P. 21.

    **IT IS SO ORDERED.**

Date:  March 18, 2022	s/Michael J. Newman
	Hon. Michael J. Newman
	United States District Judge